# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS, | Case No. 1:07-cv-00953 OWW TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO STATE A CLAIM OVER WHICH THIS COURT HAS JURISDICTION |
| vs. | |
| MADERA SUPERIOR COURT JUDGE EDWARD P. MOFFAT, BRUCE FRANCES KENNEDY, et al., | (Doc. 10) |
| Defendants. | ORDER DENYING AS MOOT PLAINTIFF'S PENDING MOTION FOR SERVICE (Doc. 11) |

On September 6, 2007, Plaintiff Lana K. Williams ("Williams"), a non-prisoner proceeding pro se and in forma pauperis, filed an amended complaint pursuant to Court order. (Docs. 3, 5). In her amended complaint, Williams alleged that the state court judge and others engaged in wrongful acts in connection with the probate of her father's estate. (Doc. 5). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 16, 2007, the Magistrate Judge screened Williams' amended complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B). Upon finding that the claims in the amended complaint either were barred under the doctrine of judicial immunity, based on state law with no diversity jurisdiction that would enable this Court to consider the matter, or otherwise failed to state a claim upon which relief could be granted, the Magistrate Judge issued Findings and Recommendations, recommending that the amended complaint be dismissed with prejudice and the action be closed. (Doc. 10). On October 31, 2007, Williams filed objections to the Findings and Recommendations, in which, among other things, she (1) cited inapplicable provisions of the United States Code to support her substantive arguments; (2) contended that judges were not immune from suit since they could be removed from office;

(3) argued that, because she had complied with all of this Court's orders, her case should be allowed to proceed; and (4) raised unrelated issues of danger to her person. (Doc. 12). Williams' objections, however, failed to address the jurisdictional issues that prevent this Court from hearing her probate-related case, and her arguments are insufficient to rebut the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations filed on August 28, 2007, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 10), filed October 16, 2007, are ADOPTED IN FULL;

2. Plaintiff, Lana K. Williams' amended complaint is DISMISSED WITH PREJUDICE for lack of jurisdiction and for failure to state a claim upon which relief could be granted;

3. Plaintiff's pending motion for service (Doc. 11), filed October 16, 2007, is DENIED as MOOT; and

4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   November 19, 2007**               **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE