UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| LANA K. WILLIAMS; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>EDWARD P. MOFFAT, Judge; et al.,<br><br>    Defendants - Appellees. | No. 08-15034<br>D.C. No. CV-07-00953-OWW<br><br><br>**ORDER** |



This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [X]

Explanation:  ACTION CONCERNING PROBATE ADJUDICATION IN STATE COURT BARRED BY JUDICIAL IMMUNITY, FAILURE TO STATE A CLAIM AND LACK OF FEDERAL SUBJECT MATTER JURISDICTION.

_____
Judge
United States District Court

Date:  2-8-08