IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MADERA SUPERIOR COURT JUDGE ) <br> EDWARD P. MOFFAT, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. CV-F-07-953 OWW/TAG <br><br> ORDER STRIKING PLAINTIFF'S <br> "STAY OF STATUTE" (Doc. 24) |

Plaintiff's "Stay of Statute," (Doc. 24), filed on July 18, 2008 is STRICKEN.

Judgment was entered for Defendants in this action on November 20, 2007. Plaintiff's appeal from the judgment was dismissed for failure to prosecute on June 10, 2008. This action is final and closed.

IT IS SO ORDERED.

Dated:   July 28, 2008                         /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1